# NO. 12-09-00224-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KENNETH ROY TURNER,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to indecency with a child pursuant to an agreed punishment recommendation by the State. The trial court sentenced Appellant to imprisonment for fifteen years in accordance with the State's recommendation. We have received the trial court's certification showing that Appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. The clerk's record supports the trial court's certification. *See* **Greenwell v. Thirteenth Court of Appeals**, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); **Dears v. State**, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is **dismissed** for want of jurisdiction. *See* **Monreal v. State**, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); **Blanco v. State**, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

Opinion delivered July 31, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)